UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

          -against-

NYC DEPT. OF CORRECTIONS, *et al.*,

                    Defendants.

19-CV-9338 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 19, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    November 19, 2019
          New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge