UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021
</pre>

JOHN DOE,

        Plaintiff,

-against-

City of New York, *et al.*,

        Defendants.

19 Civ. 9338 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because all claims have been dismissed and Plaintiff has failed to amend his complaint by the stated deadline, ECF No. 24, the Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 30, 2021
      New York, New York

                                  ANALISA TORRES
                              United States District Judge